**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Karen Yates,**
*individually and on behalf of all*
*persons similarly situated,*

      **Plaintiff,**

      **v.**

**C & H Motors, Inc.,** *et al.,*

      **Defendants.**

**Case No. 2:25-cv-151**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

On June 22, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") in this case recommending that the Court grant C & H Motors, Inc., Bruce Anderson, and James Fultz's ("Defendants") motion to dismiss Opt-In Plaintiff Jeremy Walker's ("Walker") claims for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  R&R, ECF No. 57.  The R&R specifically advised the parties that failure to object within fourteen days of the issuance of the R&R would result in a waiver of *de novo* review by the Court. *Id.* at PAGEID ## 377–78.  The objection deadline has passed, and no party objected to the R&R.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 57, in full.  For the reasons set forth in the R&R, Defendants' motion to dismiss, ECF No. 53, is **GRANTED**.  Walker's claims are hereby **DISMISSED with prejudice**.

The Clerk shall terminate ECF Nos. 53 and 57.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**